850 A.2d 611

**Homer C. KNOX, III, Petitioner,**

v.

**BOARD OF SCHOOL DIRECTORS OF SUSQUENITA SCHOOL DISTRICT, Respondent.**

Supreme Court of Pennsylvania.

April 13, 2004.

Elliot A. Strokoff, Esq., Strokoff & Cowden, P.C., Harrisburg, for Homer C. Knox, III.

Philip Haring Spare, Esq., Snelbaker, Brenneman & Spare, P.C., Mechanicsburg, for Board of School Directors of Susquenita School District.

Before FRIEDMAN, KELLEY, and McGINLEY, JJ.

## ORDER

PER CURIAM.

AND NOW, this 13th day of April, 2004, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following issue:

Does 24 P.S. § 10–1089(c) apply to a business administrator who was employed by a school district for 10 years without a written employment agreement and then removed without cause?